

FILED & ENTERED

OCT 19 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

AVETA PARSAZAD

Debtor(s).

Case No.: 2:18-bk-17788-WB

CHAPTER 7

**ORDER DISMISSING CHAPTER 7 CASE
WITH PREJUDICE**

Date:   August 30, 2018
Time:   2:00 p.m.
Place:  Courtroom # 1375
        255 East Temple Street
        Los Angeles, CA 90012

This court's order to show cause and explain why this involuntary Chapter 7 case should not be dismissed, for petitioning creditors Sally Huston, Robert Forster and Michael Kitching failure to prepare a Summons and Notice of Status Conference on the court-mandated form pursuant to Local Bankruptcy Rule 1010-1, came on for hearing on August 30, 2018 at 2:00 p.m. No appearance was made by or on behalf of the petitioning creditors. Accordingly, for the reasons stated on the record during the hearing, and good cause appearing,

//

//

//

-1-

IT IS HEREBY ORDERED that this Chapter 7 case is dismissed with prejudice.

##

Date: October 19, 2018

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge